IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL BRIGGS ALI** | : | CIVIL ACTION NO. 1:12-CV-7160 |
| | : | |
| Plaintiff | : | **(CHIEF JUDGE KANE)** |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **LEON W. TUCKER** | : | |
| | : | |
| Defendant | : | |

### O R D E R

Before the Court in the captioned action is an April 10, 2013 Report and Recommendation of Magistrate Judge Carlson. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 10).

2) The Plaintiff's complaint (Doc. No. 1) is dismissed with prejudice.

3) The Clerk of Court shall close the case.

                                                s/ Yvette Kane
                                                YVETTE KANE, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania

Dated: April 30, 2013